UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TYRONE LAMAR REED JR.,

      Plaintiff,

                            CASE NO.

v.

HENDRY COUNTY, NESTOR ECHEVARRIA, in his individual capacity, MICHAEL AFONSO, in his individual capacity, SERGIO BUSTAMANTE, in his individual capacity, MICHAEL LUNA, in his individual capacity, and the CITY OF FORT MYERS,

      Defendants.

_____/

## ADDENDUM TO CIVIL COVER SHEET
## PLAINTIFF'S COUNSELS

**BOYLE, LEONARD & ANDERSON, P.A.**
Thomas E. Shepard, Esq.
Florida Bar No.: 1037180
9111 W. College Pointe Drive
Fort Myers, Florida 33919
Telephone: (239) 337-1303
Facsimile: (239) 337-7674
Eservice@insurance-counsel.com
TShepard@insurance-counsel.com
*Attorneys for Plaintiff*

**GOLDBERG NOONE ABRAHAM**
Scot Goldberg, Esq.
Florida Bar No.: 45195
Logan Goldberg, Esq.
Florida Bar No.: 1007965
1533 Hendry Street, Suite 200
Fort Myers, Florida 33901
Telephone: (239) 461-5508
Facsimile: (239) 461-3915
service@goldberg-law.com
scotgoldberg@goldberg-law.com
logangoldberg@goldberg-law.com
*Attorneys for Plaintiff*

**CASSIDAY SCHADE, LLP**
Bryan Findley, Esq.
Florida Bar No.: 113675
101 W. Ohio Street, Suite 1275
Indianapolis, Indiana 46204
Telephone: (317) 613-2366
Facsimile: (317) 613-2399

bfindley@cassiday.com
*Attorneys for Plaintiff*

    Respectfully Submitted,

**BOYLE, LEONARD & ANDERSON, P.A.**

By: */s/ Thomas E. Shepard*
Thomas E. Shepard, Esq.
Florida Bar No.: 1037180
Alexander L. Brockmeyer, Esq.
Florida Bar No.: 105758
9111 W. College Pointe Drive
Fort Myers, Florida 33919
Telephone: (239) 337-1303
Facsimile: (239) 337-7674
Attorneys for Plaintiff
Primary E-Mail: Eservice@insurance-counsel.com
Secondary E-Mail: TShepard@insurance-counsel.com
Secondary E-Mail: ABrockmeyer@insurance-counsel.com

**GOLDBERG NOONE ABRAHAM**
Scot Goldberg, Esq.
Florida Bar No.: 45195
Logan Goldberg, Esq.
Florida Bar No.: 1007965
1533 Hendry Street, Suite 200
Fort Myers, Florida 33901
Telephone: (239) 461-5508
Facsimile: (239) 461-3915
Attorneys for Plaintiff
Primary E-Mail: service@goldberg-law.com
Secondary E-Mail: scotgoldberg@goldberg-law.com
Secondary E-Mail: logangoldberg@goldberg-law.com

**CASSIDAY SCHADE, LLP**
Bryan Findley, Esq.
Florida Bar No.: 113675
101 W. Ohio Street, Suite 1275
Indianapolis, Indiana 46204
Telephone: (317) 613-2366
Facsimile: (317) 613-2399
Attorneys for Plaintiff
Primary E-Mail: bfindley@cassiday.com

## **CERTIFICATE OF SERVICE**

I CERTIFY that on September 12, 2022, I electronically filed this document using the CM/ECF system, which will automatically serve the parties to this action. I am unaware of any non-CM/ECF participants in this lawsuit.

/s/ *Thomas E. Shepard*
Thomas E. Shepard, Esq.
Florida Bar No. 1037180

*[Remainder of Page Left Intentionally Blank]*